## WILLIAM PUSEY'S LESSEE v. ELI TIMMONS.

Court of Common Pleas.  Sussex.  April 27, 1801.

*Rodney's Notes.**

*Rodney, Vining, Wilson* [for plaintiff].  *Bayard, Ridgely* [for defendant].

Warrant and survey and patent under the Land Office Law, [2 Del.Laws] 1161 and 1177.

Objection to the survey going in evidence made for defendant. Court directed to go to the jury.

Jacob Hazzard.  It was the practice of the Board on new warrants to give certificates.

A number of witnesses examined whose evidence was contradictory as to the date of defendant's survey.

PER CURIAM.  If defendant's survey was actually made on the day of the date, and prior to plaintiff's survey, the plaintiff ought not to recover.  The evidence offered to you to impeach said survey you will weigh and determine according to its credibility.

Verdict for plaintiff.